**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

November 21, 2024

BY ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Demettrius Wright, 24 Cr.464 (BMC)

Dear Judge Cogan:

I write to withdraw as counsel for Demettrius Wright. Because Federal Defenders of New York has a conflict in this matter, the Court appointed Zachary Margulis-Ohnuma to represent Mr. Wright. See 20 Cr. 239 ECF (entry dated 11/20/24).

Respectfully Submitted,

Jullian Harris-Calvin
Assistant Federal Defender
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7402

cc: AUSA Victor Alejandro Zapana, Jr., via ECF
Zachary Margulis-Ohnuma, ZMO Law